IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DONNA BACON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:22-CV-00223 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| STATE FARM LLOYDS | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Stipulation of Dismissal with Prejudice. [Dkt. 48]. Plaintiff seeks a dismissal with prejudice as to her claims against Defendant in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 1st day of June, 2023.**

Michael J. Truncale
United States District Judge